**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
M.R., et al.,

                Plaintiffs,                      21 **CIVIL** 6668 (LGS)

      -against-                                  **JUDGMENT**
                                                        **For Attorneys' Fees**

NEW YORK CITY DEPARTMENT OF
EDUCATION,
                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 4, 2022, Plaintiff is awarded $40,771.00, consisting of (1) $20,914.00 in attorneys' fees for the administrative proceeding before Defendant; (2) $19,455.00 in attorneys' fees for this proceeding; and (3) $402.00 in filing fees. Plaintiff is awarded post-judgment interest on this amount, calculated at the applicable statutory rate.

**Dated:**  New York, New York
         September 20, 2022

                                                        **RUBY J. KRAJICK**
                                                         **Clerk of Court**
                              **BY:**    *K. Mango*
                                                          **Deputy Clerk**